**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIPOND INTERNATIONAL, INC. | Case No.: CV 13-8268 DSF (RZx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| SHAANXI PHARMACEUTICAL HOLDING GROUP CO., LTD., et al., | |
| Defendants. | |

The Court having ordered that the complaint be dismissed due to a valid mandatory arbitration clause,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: 12/19/13

_____
Dale S. Fischer
United States District Judge